■ ROBERT I. SKOY, Appellant, v ENRICO & SONS CONTRACT-

ING, INC., et al., Respondents. [603 NYS2d 751] —In an action to recover legal fees, the plaintiff appeals from an order of the Supreme Court, Nassau County (Winick, J.), dated June 10, 1991, which granted the defendants' motion to vacate a judgment entered upon default.

Ordered that the order is affirmed, with costs.

We conclude that the Supreme Court properly granted the defendants' motion to vacate the judgment *(see, Furgang v Epstein,* 106 AD2d 609). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.